# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL SHANE PEARCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-93-J |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant denied Plaintiff's application for supplemental security income and Plaintiff sought judicial review. The matter was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell consistent with 28 U.S.C. § 626(b)(1)(B), (C). Judge Purcell entered a Report and Recommendation, recommending Defendant's decision be reversed and remanded for further administrative proceedings and advising the parties of their right to file written objections by September 19, 2022. [Doc. No. 18]. Neither party filed an objection or sought an extension of time in which to do so and have waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 18] and REVERSES AND REMANDS the Acting Commissioner's decision.

A separate judgment will follow.

IT IS SO ORDERED this 22nd day of September, 2022.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE